UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:22-CV-115-MOC-DCK

| | |
|---|---|
| WENDY SURGEON,<br><br>    Plaintiff,<br><br> v.<br><br>MIDAS HOSPITALITY, LLC,<br><br>    Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

  Plaintiff WENDY SURGEON and Defendant MIDAS HOSPITALITY, LLC, by their attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims in this action.

  Respectfully submitted,

WENDY SURGEON          MIDAS HOSPITALITY, LLC

By: */s/ Micheal L. Littlejohn Jr.*     By: */s/ Geoffrey A. Marcus*
  Micheal L. Littlejohn Jr.        Geoffrey A. Marcus
  North Carolina Bar No. 49353      North Carolina Bar No. 54907
  LITTLEJOHN LAW, PLLC       gmarcus@martineauking.com
  P.O. Box 16661           Elizabeth A. Martineau
  Charlotte, North Carolina 28297-6661   North Carolina Bar No. 26394
  Telephone: (704) 322-4581       emartineau@martineauking.com
  Facsimile: (704) 625-9396       MARTINEAU KING PLLC
  E-mail: mll@littlejohn-law.com     P.O. Box 241268
                     Charlotte, NC 28224
  Attorney for Plaintiff         Telephone: (704) 247-8520
                     Facsimile: (704) 247-8582

                     Counsel for Defendant Midas Hospitality, LLC

Date: March 3, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:22-CV-115-MOC-DCK

| | |
|---|---|
| WENDY SURGEON,<br><br>              Plaintiff,<br><br>  v.<br><br>MIDAS HOSPITALITY, LLC,<br><br>             Defendant. | **CERTIFICATE OF SERVICE** |

I hereby certify that I filed a true and correct copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Micheal L. Littlejohn Jr.
Littlejohn Law PLLC
P.O. Box 16661
Charlotte, NC 28297
*Attorney for Plaintiff*
mll@littlejohn-law.com

This the 3rd day of March, 2023.

                          /s/ Geoffrey A. Marcus
                          Geoffrey A. Marcus
                          *Attorney for Midas Hospitality, LLC*